AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Nov 18, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| RONALD SATISH EMRIT | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |
| VOLODOMYR ZELENSKYY, et al. | |
| *Defendant* | |

Civil Action No.   2:25-CV-00446-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Pursuant to the Order filed at ECF No 3, Plaintiff's Complaint, ECF No. 1, is DISMISSED with prejudice.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   MARY K. DIMKE _____

Date:  11/18/2025 _____

CLERK OF COURT

s/Sean F. McAvoy _____
*Signature of Clerk*